(35)

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 24 2022

JULIA C. DUDLEY, CLERK
BY: H Beeson
DEPUTY CLERK

VIRGINIA:

In the __U. S. District__ Court for the County/City of __Roanoke__

__RALPH TAYLOR, JR__
Plaintiff,

Civil Action Number: __7:22CV35__

v.

Commonwealth of Virginia,
Defendant.

## REQUEST TO CONDUCT HEARINGS ELECTRONICALLY

Comes now the plaintiff, a Virginia inmate proceeding pro se, and pursuant to § 16.1-93.1 of the Code of Virginia, respectfully moves this honorable Court to order that all hearings in this matter be held electronically, for the reasons set forth as follows:

1) § 16.1-93.1 Code of Virginia states as follows:

   § 16.1-93.1 Use of telephonic communication systems or electronic video and audio communication systems to conduct hearing. Notwithstanding any other provision of law, in any proceeding under this chapter in which a party or witness is incarcerated or when otherwise authorized by the court, the court may, in its discretion, conduct any hearing using a telephonic comunication system or an electronic audio and video communication system to provide for the appearance of any parties and witnesses. Any electronic audio and video communication system used to conduct such a hearing shall meet the standards set forth in subsection B of § 19.2-3.1.

2) Plaintiff asserts that he/she is an inmate currently incarcerated in __Greensville__ Correctional Center. This facility has both telephonic and audio/video communication systems to facilitate the court access rights of inmates.

3) As a matter of law, General District Courts do not have authority to order the transportation of prison inmates to attend hearings before the General District Court.
   See: Commonwealth ex rel. Virginia Dep't of Cors. v Brown, 259 Va. 697, 529 S.E. 2d 96, 2000 Va. Lexis 73 (2000)

4) The amount in controversy in the matter is not enough to authorize jurisdiction in the Circuit Court, which has authority to order the appearance of inmates.

5) Because this General District Court has no authority to order the transportation of plaintiff to hearings before this court due to plaintiff's inmate status, and this matter may not be filed in the Circuit Court, electronic attendance is the only fair means by which plaintiff may fully exercise his right of access to this court.

6) Plaintiff asserts that holding hearings electronically will not unfairly disadvantage the defendant(s) or this Court in the hearing of this matter.

7) Plaintiff will submit any documentary or physical evidence in this matter directly to the Court and the defendant through the United States Postal Service (Mail).

Wherefore, the plaintiff respectfully moves this honorable Court to hold hearings of this matter electronically, by [ ] telephone [ ] audio/video means, with plaintiff remaining at ___Greensville___ Correctional Center for the hearing(s).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

*RALPH TAYLOR, JR*
Plaintiff